# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

In Re: )
)
Charles Mark Williams, ) Case No. 20-80737
) Chapter 7
)
Debtor. )

## TRUSTEE'S OBJECTION TO DEBTOR(S) EXEMPTIONS

COMES NOW Charles Greenough, Chapter 7 Trustee herein, and objects to certain of the Debtor's exemptions claimed in Schedule C to the Petition filed in this case on July 30, 2020, and in support of such objection, states as follows:

1. This case was filed on July 30, 2020. Charles Greenough was appointed as Trustee on September 17, 2020.

2. The initial 341 Meeting of Creditors under the Chapter 7 case was held on September 14, 2020.

3. The Trustee objects to certain exemptions claimed by the Debtor as follows:

Because the Debtor did not reside in the State of Oklahoma on the date of the filing of the case, he is not claiming exemptions under Oklahoma State law but is instead claiming exemptions under 11 U.S.C. § 522(b)(2). On Schedule C to the Petition, Debtor claims twenty-two (22) separate assets as exempt under 11 U.S.C. § 522(d)(5). Because the Debtor does not claim any real estate as exempt homestead, the amount he may claim as exempt under this section is limited in dollar amount to a total of $13,900. The total value listed in Schedule C by the Debtor in the 22 separate assets claimed exempt under § 522(d)(5) is approximately $20,332.08, with one asset, a litigation claim, having a value of unknown. Accordingly, the Trustee objects to Debtor's claim of exemption in these 22 assets because the amount sought to be exempted exceeds the applicable statutory limitation. The specific assets covered by this

objection are marked on the copy of the Debtor's Schedule C filed in this case which is attached as Exhibit 1 and made a part hereof.

WHEREFORE, Charles Greenough, Chapter 7 Trustee, respectfully requests that the Court deny the Debtor's claims of exemption with respect to the property identified above.

*s/ Charles Greenough*
Charles Greenough, OBA #12311
McAfee & Taft A Professional Corporation
2 West 2nd Street, Suite 1100
Tulsa, OK 74103
(918) 574-3005
charles.greenough@mcafeetaft.com

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Charles | Mark | Williams |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF OKLAHOMA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 2019 GMC Sierra 43,400 miles Vin# 1GTU9BED0KZ382446 Line from *Schedule A/B*: **3.1** | $28,912.00 | ☐ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| 2 Bedroom suites, Couch, tables, refrigerator, washer, dryer - In Possession of Debtor(s) 1/2 Interest with spouse Line from *Schedule A/B*: **6.1** | $4,414.82 | ☐ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| TV - In Possession of Debtor(s) 1/2 Interest with spouse Line from *Schedule A/B*: **7.1** | $244.00 | ☐ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Kayak - In Possession of Debtor(s) Line from *Schedule A/B*: **9.1** | $249.99 | ☐ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| 9mm Pistol - In Possession of Debtor(s) Line from *Schedule A/B*: **10.1** | $500.00 | ☐ <br> ■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

EXHIBIT 1 (tabbies)

Official Form 106C    Schedule C: The Property You Claim as Exempt
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Case 20-80737    Doc 12    Filed 07/30/20    Entered 07/30/20 14:06:24    Desc Main
Case 20-80737    Doc 1    Filed 10/08/20    Entered 10/08/20 13:29:12    Desc Main
Document    Page 3 of 5
Document    Page 17 of 77

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Colt AR-15 - In Possession of Debtor(s)**<br>Line from Schedule A/B: **10.2** | $1,100.00 | ■ $1,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **12 gauge shot gun - In Possession of Debtor(s)**<br>Line from Schedule A/B: **10.3** | $900.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Clothing - Shirts, shorts, jeans - In Possession of Debtor(s)**<br>Line from Schedule A/B: **11.1** | $200.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Men's Wedding Ring - In Possession of Debtor(s)**<br>Line from Schedule A/B: **12.1** | $250.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **2 chihuahua/mix dogs**<br>**1/2 Interest with spouse**<br>Line from Schedule A/B: **13.1** | $75.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Cash on hand**<br>Line from Schedule A/B: **16.1** | $180.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking: Chase Bank - 2309**<br>Line from Schedule A/B: **17.1** | $1,656.90 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking: Wells Fargo -**<br>Line from Schedule A/B: **17.2** | $1,482.16 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Savings: First National Bank & Trust -4138**<br>Line from Schedule A/B: **17.3** | $168.43 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Business Checking: First National Bank - 7324**<br>  Marietta Capital, LLC<br>Line from Schedule A/B: **17.4** | $330.70 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Business Checking: Chase Bank - 0991**<br>  Copano Partners, LLC<br>Line from Schedule A/B: **17.5** | $22.01 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Business Checking: Chase Bank - 7142**<br>  Barrett Energy Consultants, LLC<br>Line from Schedule A/B: **17.6** | $4.60 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 2 of 4
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Case 20-80737    Doc 12    Filed 10/08/20    Entered 10/08/20 13:29:12    Desc Main
                           Document        Page 4 of 5

Case 20-80737    Doc 1    Filed 07/30/20    Entered 07/30/20 14:06:24    Desc Main
                          Document        Page 18 of 77

| Debtor 1 | Charles Mark Williams | | Case number (if known) | |
|---|---|---|---|---|
| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |

| Brief description | Current value | Amount of exemption | Specific laws |
|---|---|---|---|
| Savings: Chase Bank - 9291<br>Barrett Energy Consultants, LLC<br>Line from Schedule A/B: **17.7** | $1.88 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| E*Trade - 6887<br>Line from Schedule A/B: **18.1** | $1,210.41 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Stock: COT Oilfield Services 7%<br>Line from Schedule A/B: **18.2** | $10,000.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Silver Line Logistics<br>50 % ownership<br>Line from Schedule A/B: **19.1** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Barrett Energy Consultants LLC - Inactive<br>33 % ownership<br>Line from Schedule A/B: **19.2** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Marietta Capital, LLC - Closed<br>100 % ownership<br>Line from Schedule A/B: **19.3** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Silver Creek Services, Inc<br>50 % ownership<br>Line from Schedule A/B: **19.4** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Rental deposit: Don Goodwin<br>Line from Schedule A/B: **22.1** | $2,450.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Patent 10,082,015 - No Value as the Proof of Concept was never completed.<br>Line from Schedule A/B: **26.1** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Farmers New World Life Insurance Company - 5372<br>Term Life Policy<br>Line from Schedule A/B: **31.1** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |
| Counter Claim of Fraud against Ashely & Babatunde Ajayi<br>Ashley Ajayi and Babatunde Ajayi vs<br>Charles Williams, Silver Creek Services, Inc, Silver Line Logistics, Inc., and Silver Creek Tools, Inc.<br>Line from Schedule A/B: **33.1** | Unknown | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Official Form 106C        Schedule C: The Property You Claim as Exempt        page 3 of 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 20-80737    Doc 1    Filed 07/30/20    Entered 07/30/20 14:06:24    Desc Main
                Document      Page 19 of 77

Case 20-80737-C7    Filed 10/08/20    Entered 10/08/20 13:29:12    Desc Main
                Document      Page 5 of 5