UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re:                              )
                                    )   Case No. 20-80737
Williams, Charles Mark              )   Chapter 7
                                    )
        Debtor.                     )

## REPORT OF ASSET CASE AND INTERIM REPORT

After investigation by the undersigned Chapter 7 Trustee, a reasonable likelihood exists that assets are present in this Estate and a distribution to creditors may result. Preliminarily, it appears that the assets in this Estate are comprised of:

(a) Unliquidated, hard assets: N/A

(b) Potential chooses in action: Company stock; Income tax refund(s)

(c) Cash proceeds on hand: N/A

(d) Anticipated professionals needed to assist Trustee in administration of Estate: Trustee will hire himself as attorney of the Estate.

The undersigned Trustee requests that the Clerk of the Court issue Notice of Claims Bar Date to the current matrix in this case.

DATED November 24, 2020.

> */s/ Charles Greenough*
> Charles Greenough, OBA #12311
> McAfee & Taft a Professional Corporation
> 2 W. 2nd St., Suite 1100
> Tulsa, OK 74103
> Phone: (918) 587-0000
> Fax:    (918) 574-3105
> charles.greenough@mcafeetaft.com

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No: | 20-80737 TRC | Judge: Tom R. Cornish | Trustee Name: | Charles Greenough, Trustee |
| Case Name: | Charles Mark Williams | | Date Filed (f) or Converted (c): | 07/30/2020 (f) |
| | | | 341(a) Meeting Date: | 09/14/2020 |
| For Period Ending: | 11/24/2020 | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1308 E. Lawrence St Wynnewood Ok 73098-0000 Garvin  In schedules debtor says he claims no beneficial interest and that his father resides in property and makes payments, however title is in name of debtor and it appears he is obligated on mortgage on property. Trustee value is net equity. | 0.00 | 11,000.00 | | 0.00 | 11,000.00 |
| 2. 2019 Gmc Sierra Mileage: 43,400 Vin# 1Gtu9bed0kz382446 | 28,912.00 | 0.00 | | 0.00 | FA |
| 3. 2 Bedroom Suites, Couch, Tables, Refrigerator, Washer, Dryer - In Possession Of Debtor(S) 1/2 Interest With Spouse | 4,414.82 | 0.00 | | 0.00 | FA |
| 4. Tv - In Possession Of Debtor(S) 1/2 Interest With Spouse | 244.00 | 0.00 | | 0.00 | FA |
| 5. Kayak - In Possession Of Debtor(S) | 249.99 | 0.00 | | 0.00 | FA |
| 6. 9Mm Pistol - In Possession Of Debtor(S) | 500.00 | 0.00 | | 0.00 | FA |
| 7. Colt Ar-15 - In Possession Of Debtor(S) | 1,100.00 | 0.00 | | 0.00 | FA |
| 8. 12 Gauge Shot Gun - In Possession Of Debtor(S) | 900.00 | 0.00 | | 0.00 | FA |
| 9. Clothing - Shirts, Shorts, Jeans - In Possession Of Debtor(S) | 200.00 | 0.00 | | 0.00 | FA |
| 10. Men's Wedding Ring - In Possession Of Debtor(S) | 250.00 | 0.00 | | 0.00 | FA |
| 11. 2 Chihuahua/Mix Dogs 1/2 Interest With Spouse | 75.00 | 0.00 | | 0.00 | FA |
| 12. Cash On Hand | 180.00 | 0.00 | | 0.00 | FA |
| 13. Chase Bank - 2309 | 1,656.90 | 0.00 | | 0.00 | FA |
| 14. Wells Fargo - | 1,482.16 | 0.00 | | 0.00 | FA |
| 15. First National Bank & Trust -4138 | 168.43 | 0.00 | | 0.00 | FA |
| 16. First National Bank - 7324 Marietta Capital, Llc | 330.70 | 0.00 | | 0.00 | FA |
| 17. Chase Bank - 0991 Copano Partners, Llc | 22.01 | 0.00 | | 0.00 | FA |
| 18. Chase Bank - 7142 Barrett Energy Consultants, Llc | 4.60 | 0.00 | | 0.00 | FA |
| 19. Chase Bank - 9291 Barrett Energy Consultants, Llc | 1.88 | 0.00 | | 0.00 | FA |
| 20. E*Trade - 6887 | 1,210.41 | 1,210.41 | | 0.00 | 1,210.41 |
| 21. Stock: Cot Oilfield Services 7% | 10,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 22. Silver Line Logistics | 0.00 | 0.00 | | 0.00 | 0.00 |
| 23. Barrett Energy Consultants Llc - Inactive | 0.00 | 0.00 | | 0.00 | 0.00 |
| 24. Marietta Capital, Llc - Closed | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25. Silver Creek Services, Inc | 0.00 | 0.00 | | 0.00 | 0.00 |
| 26. REntal Deposit Don Goodwin | 2,450.00 | 0.00 | | 0.00 | FA |
| 27. Patent 10,082,015 - No Value As The Proof Of Concept Was Never Completed. | 0.00 | 0.00 | | 0.00 | 0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 20-80737 TRC | Judge: | Tom R. Cornish | Trustee Name: | Charles Greenough, Trustee |
|---|---|---|---|---|---|
| Case Name: | Charles Mark Williams | | | Date Filed (f) or Converted (c): | 07/30/2020 (f) |
| | | | | 341(a) Meeting Date: | 09/14/2020 |
| For Period Ending: | 11/24/2020 | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28. Farmers New World Life Insurance Company - 5372 Term Life Policy | 0.00 | 0.00 | | 0.00 | FA |
| 29. Counter Claim Of Fraud Against Ashely & Babatunde Ajayi Ashley Ajayi And Babatunde Ajayi Vs Charles Williams, Silver Creek Services, Inc, Silver Line Logistics, Inc., And Silver Creek Tools, Inc. | Unknown | 0.00 | | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $54,352.90 | $22,210.41 | | $0.00 | $22,210.41 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating possible assets, including value of debtor's interest in COT Operating Company, possible tax refund claims based on operating loss carry forward/carry back from 2018, and other companies in which debtor owns interest.

- Charles Greenough 11/24/2020

Initial Projected Date of Final Report (TFR): 12/30/2022     Current Projected Date of Final Report (TFR): 12/30/2022

Trustee Signature:     /s/ Charles Greenough, Trustee     Date: 11/24/2020

Charles Greenough, Trustee
2 W. 2nd St.
Suite 1100
Tulsa, OK 74103
(918)587-0000
charles.greenough@mcafeetaft.com