UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: )<br>)<br>)<br>CHARLES MARK WILLIAMS )<br>)<br>Debtor. )<br>) | Case No. 20-80737<br>Chapter 7 |

## COMBINED MOTION TO WITHDRAW AS ATTORNEY AND SUBSTITUTE ATTORNEY

Pursuant to Rule 9010-1 B. of the Local Rules for the United States Bankruptcy Court for the Eastern District of Oklahoma, Katherine Vance hereby requests an order from this Court allowing withdrawal as attorney of record for Ilene J. Lashinsky, United States Trustee for Region 20, in the above-styled case. Any future matters will be handled by other counsel in Region 20, as noted herein. The client is aware of and consents to this withdrawal and substitution.

Jordan Sickman, Assistant United States Trustee for the District of Kansas, will substitute in as attorney for the United Sates Trustee in the above-styled case. Mr. Sickman's contact information is below:

Jordan Sickman, Assistant United States Trustee
Michigan Bar Association No. P69823
301 N Main St., Suite 1150
Wichita, KS 67202
(316) 269-6637 Telephone
(316) 269-6182 Facsimile
Jordan.Sickman@usdoj.gov Email

WHEREFORE, Katherine Vance requests this Court (1) allow withdrawal of Ms. Vance as attorney of record for the United States Trustee in the above-styled case and (2) substitute Jordan Sickman as attorney of record for the United States Trustee in the above-styled case.

DATED: December 30, 2020

Respectfully submitted,

*/s Katherine Vance*
Katherine Vance, OBA No. 9175
224 South Boulder Ave., Room 225
Tulsa, Oklahoma 74103
(918) 581-6671 – Telephone
(918) 581-6674 – Facsimile
katherine.vance@usdoj.gov – Email

## CERTIFICATE OF SERVICE

I certify that on December 30, 2020, a true and correct copy of this *Combined Motion to Withdraw as Attorney and Substitute Attorney* was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in this case through the CM/ECF system.

*/s Katherine Vance*
Katherine Vance