**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 20-80737 | TRC | Judge: | Tom R. Cornish | Trustee Name: | Charles Greenough, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Charles Mark Williams | | | | Date Filed (f) or Converted (c): | 07/30/2020 (f) |
| | | | | | 341(a) Meeting Date: | 09/14/2020 |
| For Period Ending: | 12/31/2020 | | | | Claims Bar Date: | 03/01/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1308 E. Lawrence St Wynnewood Ok 73098-0000 Garvin<br><br>In schedules debtor says he claims no beneficial interest and that his father resides in property and makes payments, however title is in name of debtor and it appears he is obligated on mortgage on property. Trustee value is net equity. | 0.00 | 11,000.00 | | 0.00 | 11,000.00 |
| 2. 2019 Gmc Sierra Mileage: 43,400 Vin# 1Gtu9bed0kz382446 | 28,912.00 | 0.00 | | 0.00 | FA |
| 3. 2 Bedroom Suites, Couch, Tables, Refrigerator, Washer, Dryer - In Possession Of Debtor(S) 1/2 Interest With Spouse | 4,414.82 | 0.00 | | 0.00 | FA |
| 4. Tv - In Possession Of Debtor(S) 1/2 Interest With Spouse | 244.00 | 0.00 | | 0.00 | FA |
| 5. Kayak - In Possession Of Debtor(S) | 249.99 | 0.00 | | 0.00 | FA |
| 6. 9Mm Pistol - In Possession Of Debtor(S) | 500.00 | 0.00 | | 0.00 | FA |
| 7. Colt Ar-15 - In Possession Of Debtor(S) | 1,100.00 | 0.00 | | 0.00 | FA |
| 8. 12 Gauge Shot Gun - In Possession Of Debtor(S) | 900.00 | 0.00 | | 0.00 | FA |
| 9. Clothing - Shirts, Shorts, Jeans - In Possession Of Debtor(S) | 200.00 | 0.00 | | 0.00 | FA |
| 10. Men's Wedding Ring - In Possession Of Debtor(S) | 250.00 | 0.00 | | 0.00 | FA |
| 11. 2 Chihuahua/Mix Dogs 1/2 Interest With Spouse | 75.00 | 0.00 | | 0.00 | FA |
| 12. Cash On Hand | 180.00 | 0.00 | | 0.00 | FA |
| 13. Chase Bank - 2309 | 1,656.90 | 0.00 | | 0.00 | FA |
| 14. Wells Fargo - | 1,482.16 | 0.00 | | 0.00 | FA |
| 15. First National Bank & Trust -4138 | 168.43 | 0.00 | | 0.00 | FA |
| 16. First National Bank - 7324 Marietta Capital, Llc | 330.70 | 0.00 | | 0.00 | FA |
| 17. Chase Bank - 0991 Copano Partners, Llc | 22.01 | 0.00 | | 0.00 | FA |
| 18. Chase Bank - 7142 Barrett Energy Consultants, Llc | 4.60 | 0.00 | | 0.00 | FA |
| 19. Chase Bank - 9291 Barrett Energy Consultants, Llc | 1.88 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 20-80737 | TRC | Judge: | Tom R. Cornish | |
| Case Name: | Charles Mark Williams | | | | |
| For Period Ending: | 12/31/2020 | | | | |

| | | |
|---|---|---|
| Trustee Name: | Charles Greenough, Trustee | |
| Date Filed (f) or Converted (c): | 07/30/2020 (f) | |
| 341(a) Meeting Date: | 09/14/2020 | |
| Claims Bar Date: | 03/01/2021 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. E*Trade - 6887 | 1,210.41 | 1,210.41 | | 0.00 | 1,210.41 |
| 21. Stock: Cot Oilfield Services 7% | 10,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 22. Silver Line Logistics | 0.00 | 0.00 | | 0.00 | 0.00 |
| 23. Barrett Energy Consultants Llc - Inactive | 0.00 | 0.00 | | 0.00 | 0.00 |
| 24. Marietta Capital, Llc - Closed | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25. Silver Creek Services, Inc | 0.00 | 0.00 | | 0.00 | 0.00 |
| 26. REntal Deposit Don Goodwin | 2,450.00 | 0.00 | | 0.00 | FA |
| 27. Patent 10,082,015 - No Value As The Proof Of Concept Was Never Completed. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 28. Farmers New World Life Insurance Company - 5372 Term Life Policy | 0.00 | 0.00 | | 0.00 | FA |
| 29. Counter Claim Of Fraud Against Ashely & Babatunde Ajayi Ashley Ajayi And Babatunde Ajayi Vs Charles Williams, Silver Creek Services, Inc, Silver Line Logistics, Inc., And Silver Creek Tools, Inc. | Unknown | 0.00 | | 0.00 | 0.00 |
| 30. 27738 N. County Road 3210, Wynnewood, OK  Northeast Quarter (NE/4) of the Southeast Quarter (SE/4) of the Southeast Quarter (SE/4) of Section Thirty-four (34), Township Two (2) North, Range One (1) West of the Indian Base and Meridian, Garvin County, State of Oklahoma.  Not Scheduled.  Subject to tax liens, but believe still worth selling.  Debtor amended schedules to list, stated not initially disclosed because debtor only has equitable interest. | 40,000.00 | 32,000.00 | | 0.00 | 32,000.00 |

| | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $94,352.90 | $54,210.41 | $0.00 | $54,210.41 |
| | | | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating possible assets, including value of debtor's interest in COT Operating Company, possible tax refund claims based on operating loss carry forward/carry back from 2018, and other companies in which debtor owns interest.

 - Charles Greenough 11/24/2020

2004 exam done on 12/10/20.

 - Charles Greenough 12/17/2020

Sent offer to Crystal Cain and Mike Didier, propose to sell equipment in Marietta at auction with proceeds to be split 1/3 each after cost/auctioneer's fee.

 - Charles Greenough 12/28/2020

Made demand on Amador through his counsel Bill Hommel, for $98,000 based on alleged transfers relating to COT.

 - Charles Greenough 12/28/2020

Discovered additional tract of RE in Wynnewood which was not scheduled.

Getting title report to see if marketable.

Filed 727 based on failure to list that RE.

Have agreement with Crystal Cain to vote Barrett LLC interests to authorize sale, will notice meeting and file motion to approve sale.

 - Charles Greenough 1/6/2021

Title report on undisclosed RE in Wynnewood received, indicates good title, no mortgage, @ 6,500 in tax liens (plus accruing interest). Will auction through Dakil.

 - Charles Greenough 1/8/2021

Initial Projected Date of Final Report (TFR): 12/30/2022     Current Projected Date of Final Report (TFR): 12/30/2022

Trustee Signature:     /s/ Charles Greenough, Trustee     Date: 01/28/2021

Charles Greenough, Trustee
2 W. 2nd St.
Suite 1100
Tulsa, OK 74103
(918)587-0000
charles.greenough@mcafeetaft.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 20-80737

Case Name: Charles Mark Williams

Trustee Name: Charles Greenough, Trustee

Bank Name:

Account Number/CD#:

Taxpayer ID No:

For Period Ending: 12/31/2020

Blanket Bond (per case limit): $3,500,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | No Bank Accounts |  |  |  |  |  |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature: /s/ Charles Greenough, Trustee     Date: 01/28/2021

Charles Greenough, Trustee
2 W. 2nd St.
Suite 1100
Tulsa, OK 74103
(918)587-0000
charles.greenough@mcafeetaft.com