# Denise Morrow

| | |
|---|---|
| **From:** | Debi Anderson |
| **Sent:** | Wednesday, May 5, 2021 12:59 PM |
| **To:** | Denise Morrow |
| **Subject:** | FW: U.S. Bankruptcy Court, Eastern District of Oklahoma - Returned Mail Notice, In re: , Case Number: 21-08005, TRC, Ref: [p-163941353] |
| **Attachments:** | R_P72108005pdfmtrx0044.PDF |

**From:** USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
**Sent:** Wednesday, May 5, 2021 12:53 PM
**To:** OKEBml_BNC <bnc@okeb.uscourts.gov>
**Subject:** U.S. Bankruptcy Court, Eastern District of Oklahoma - Returned Mail Notice, In re: , Case Number: 21-08005, TRC, Ref: [p-163941353]

**CAUTION - EXTERNAL:**

Notice of Returned Mail to Court - Adversary Proceeding

May 5, 2021

From: The Bankruptcy Noticing Center

Re:     Returned Mail Notice - Adversary Proceeding

In re: Greenough, Plaintiff
        Silver Creek Services, Inc., Defendant
        Adv. Proc. No. 21-08005 TRC

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Silver Creek Services, Inc.
4 Grandview Cir Ste 201
Canonsburg, PA 15317-6507

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Dated: April 22, 2021

**The following is ORDERED:**



*Tom R. Cornish*
TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

___

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-80737 |
| | : | |
| CHARLES MARK WILLIAMS, | : | |
| | : | |
| Debtor. | : | |
| _____ | : | CHAPTER 7 |
| CHARLES GREENOUGH, TRUSTEE, | : | |
| | : | |
| Plaintiff, | : | ADVERSARY PROCEEDING |
| | : | NO. 21-08005 |
| v. | : | |
| | : | |
| SILVER CREEK SERVICES, INC., CHRIS | : | |
| LEVERETT, and THE UNKNOWN | : | |
| SPOUSE, IF ANY, OF CHRIS LEVERETT, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | JUDGE CORNISH |

### ORDER EXTENDING TIME

**THIS MATTER** comes on before this Court on defendant Silver Creek Services, Inc.'s *Unopposed Application for Extension of Time* filed herein on April 21, 2021. Upon consideration of the matter and being fully advised in the premises, THE COURT, after consideration of the matter, FINDS that the Application should be, and is, hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Silver Creek Services, Inc. must file an answer or otherwise respond to the Trustee's complaint on or before May 14, 2021.

###

Prepared by:
Nicholas R. Pagliari
Pa. Supreme Court ID No. 87877
Admitted *pro hac vice* on February 1, 2021
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
Tel: (814) 870-7754
Fax: (814) 454-4647
Email: npagliari@mijb.com

Counsel to Compass Advisory Services, LLC
Plan Administrator for Silver Creek Services, Inc.